**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FELIX MIKHALSKY, | |
| Plaintiff, | Case No. 2:21-cv-00911-GMN-VCF |
| vs. | **REPORT AND RECOMMENDATION FOR DISMISSAL** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER CODY HASEN #17078; DOES I-X, | |
| Defendants. | |

The Court previously granted pro se plaintiff Felix Mikhalsky's application to proceed *in forma pauperis* (ECF No. 1) and dismissed his complaint without prejudice with leave to amend. (ECF No. 4). The Court dismissed his case (a lawsuit regarding a police officer's commands that he alleged violated the First Amendment, the Fourteenth Amendment, the Civil Rights Act of 1964, and the Omnibus Crime Control and Safe Streets Act of 1968) because he failed to state a claim. *Id.* The Court gave plaintiff until Monday, August 2, 2021, to file an amended complaint and warned that, "[f]ailure to timely file an amended complaint that addresses the deficiencies noted in this Order may result in a recommendation that the dismissed claims be dismissed with prejudice." *Id.*

Plaintiff has not filed an amended complaint or an objection to the Court's order. For the reasons discussed in the Court's Order (ECF No. 4), plaintiff's case should be dismissed.

ACCORDINGLY,

IT IS RECOMMENDED that this action be DISMISSED and Judgment entered

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

IT IS SO ORDERED.

DATED this 3rd day of August 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE